# United States District Court
# For The Western District of North Carolina
# Statesville Division

ALVIS MOSLEY,

    Petitioner,               JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO.: 5:07CV133-1-V

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2009 Order.

                                    Signed: October 28, 2009

                                    Frank G. Johns, Clerk
                                    United States District Court